| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature  *[signature]*   ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): K. McCann    C. Date of Delivery: 8/17/07 |
| 1. Article Addressed to:<br><br>KRISTY McCANN<br>c/o DANIEL MOTOR CO., INC.<br>4012 MOBILE HIGHWAY<br>MONTGOMERY, AL 36108 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>07cv734 S&C<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☒ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7003 3110 0003 7319 3289 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540