IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DONNA McLENDON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. |
| | ) | 2:07-cv-734-MHT-CSC |
| | ) | |
| | ) | |
| DANIEL MOTOR COMPANY, INC., | ) | |
| et al.. | ) | |
| | ) | |
| Defendants, | ) | |

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW Donna McLendon, the Plaintiff in the above-captioned matter, and in accordance with the order of this Court, makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

___X___    This party is an individual, or

_____    This party is a governmental entity, or

_____    There are no entities to be reported, or

_____    The following entities and their relationship to the party are hereby reported:

Reportable Entity                                Relationship to Party

None_____        _____

_____        _____

_____        _____

Sept. 18, 2007                          s/ *Edward M. Wayland*
         Date                                  Edward M. Wayland
                                               Counsel for
                                               Donna McLendon, Plaintiff

                                               P.O. Box 17
                                               Montgomery, AL 36101
                                               (334) 834-9901
                                               (334) 264-8742 (fax)
                                               edwayland@yahoo.com

**CERTIFICATE OF SERVICE**

I hereby certify that on September 18, 2007, I filed a true and correct copy of the foregoing Conflict Disclosure Statement with the Court using the CM/ECF electronic filing system, and that the Court will automatically forward a copy to Charles N. Parnell, III, Esq., counsel for defendants.

s/ *Edward M. Wayland*
Edward M. Wayland, Esq.
