IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| DONNA MCLENDON,              ) | |
|                              ) | |
|     Plaintiff,               ) | |
|                              ) | CIVIL ACTION NO. |
|     v.                       ) | 2:07cv734-MHT |
|                              ) | |
| DANIEL MOTOR COMPANY, INC.,  ) | |
| JIMMY A. DANIEL, KRISTY      ) | |
| MCCANN ad JESSICA MCCANN,    ) | |
|                              ) | |
|     Defendants.              ) | |

## ORDER

It is ORDERED that the motion to dismiss (Doc. No. 6) is set for submission, without oral argument, on October 15, 2007, with all briefs due by said date.

DONE, this the 28th day of September, 2007.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE