IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| DONNA MCLENDON, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| VS. | ) CASE NO. 2:07-CV-00734-MHT-CSC |
| | ) |
| DANIEL MOTOR COMPANY, INC., | ) |
| JIMMY A. DANIEL, KRISTY | ) |
| MCCANN and JESSICA MCCAN, | ) |
| | ) |
| DEFENDANTS. | ) |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Daniel Motor Company, Inc., the Defendant in the above-captioned matter, and in accordance with the order of this Court, makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order 3047.

　　__X__　This party is a corporation, or

　　_____　This party is a governmental entity, or

　　_____　There are no entities to be reported, or

　　__X__　The following entities and their relationship to the party are hereby reported:

Reportable Entity　　　　　　　　　　　　Relationship to Party

Imperial Finance Company　　　　　　　Entity is finance company for defendant.

Date: 10/05/07

Charles N. Parnell, III
Counsel for Defendants
PO Box 2189
Montgomery, AL    36102
(334) 832-4200

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Conflict Disclosure Statement was served on the below listed party of record by electronic mail or by placing a copy of same in the United States Mail, postage prepaid and properly addressed this the 5th day of October, 2007.

Hon. Edward M. Wayland
Attorney for Plaintiff
Post Office Box 17
Montgomery, Alabama 36106

_____
OF COUNSEL