IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| DONNA MCLENDON, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| VS. | ) CASE NO. 2:07-CV-00734-MHT-CSC |
| | ) |
| DANIEL MOTOR COMPANY, INC., | ) |
| JIMMY A. DANIEL, KRISTY | ) |
| MCCANN and JESSICA MCCAN, | ) |
| | ) |
| DEFENDANTS. | ) |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Kristy Mccann, the Defendant in the above-captioned matter, and in accordance with the order of this Court, makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order 3047.

   __X__ This party is an individual, or

   _____ This party is a governmental entity, or

   _____ There are no entities to be reported, or

   _____ The following entities and their relationship to the party are hereby reported:

Reportable Entity                           Relationship to Party

__None_____              _____

_____              _____

Date: __10/05/07__

Charles N. Parnell, III
Counsel for Defendants
PO Box 2189
Montgomery, AL    36102
(334) 832-4200

## CERTIFICATE OF SERVICE

  I hereby certify that a copy of the foregoing Conflict Disclosure Statement was served on the below listed party of record by electronic mail or by placing a copy of same in the United States Mail, postage prepaid and properly addressed this the 5th day of October, 2007.

Hon. Edward M. Wayland  
Attorney for Plaintiff  
Post Office Box 17  
Montgomery, Alabama 36106

OF COUNSEL