IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

DONNA McLENDON,                )
                               )
    Plaintiff,             )
                               )        CIVIL ACTION NO.
    v.                     )         2:07cv734-MHT
                               )             (WO)
DANIEL MOTOR COMPANY, INC.,    )
JIMMY A. DANIEL, KRISTY        )
McCANN ad JESSICA McCANN,       )
                               )
    Defendants.            )

## JUDGMENT

Pursuant to the stipulation of dismissal (Doc. No. 18), it is the ORDER, JUDGMENT, and DECREE of the court that this cause is dismissed in its entirety with prejudice, with the parties to bear their own attorneys' fees and costs.

It is further ORDERED that all outstanding motions are denied as moot.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 17th day of February, 2009.


                /s/ Myron H. Thompson
             UNITED STATES DISTRICT JUDGE